FILED
U.S. DISTRICT COURT

2007 NOV -8  P 2: 45

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW JOSEPH MOBLEY, Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 1:04 CR 62<br><br>Judge Dee Benson |
|---|---|

On October 18, 2006, defendant Matthew Joseph Mobley was sentenced to a 7-month term of imprisonment, with credit for time served, and a 24-month term of supervised release for possessing a firearm. Mr. Mobley petitioned the Court on October 25th, 2007 for early termination of supervised release. The government responded with no objection to this request.

The Court may terminate the term of supervised release "and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583 (e)(1). Based on the foregoing and on defendant's letter in support requesting early termination of supervised release, defendant's motion is GRANTED.

Dated this 7th day of November, 2007.

*Dee Benson*

Dee Benson
United States District Court Judge